OF COUNSEL:
DAVIS LEVIN LIVINGSTON

MICHAEL K. LIVINGSTON     4161-0
MARK S. DAVIS             1442-0
400 Davis Levin Livingston Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
email: mlivingston@davislevin.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

STATE OF HAWAII

| | |
|---|---|
| DAVID WAYNE MCCRAW, individually, CELIA CABASE MCCRAW, individually and DAVID WAYNE MCCRAW, on behalf of minor daughter, KAYLA MAE MCCRAW,<br><br>PLAINTIFFS,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>DEFENDANT. | Civil No. 08-00025 DAE BMK<br><br>(Federal Tort Claims Act)<br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL PARTIES AND CLAIMS** |

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL PARTIES AND CLAIMS**

In accordance with the fully executed Stipulation for Compromise

Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28

U.S.C. § 2677, approved by the Honorable David A. Ezra, Judge of the United States Federal District Court for the District of Hawai`i and by the First Circuit Court of the State of Hawaii,

    IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective counsel, that Plaintiffs' claims against the United States of America are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys fees, costs and expenses.  All parties have signed this Stipulation and there are no remaining parties or issues.

    DATED:  Honolulu, Hawaii,  August 26, 2010.

                          s/s Michael K. Livingston  
                          MICHAEL K. LIVINGSTON  
                          MARK S. DAVIS  
                          Attorneys for Plaintiffs

    DATED:  Honolulu, Hawaii,  August 23, 2010.

                          s/s Harry  Yee  
                          HARRY YEE  
                          Attorney for Defendant  
                          UNITED STATES OF AMERICA

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, August 26, 2010.

_____
David Alan Ezra
United States District Judge

_____
Civil No. 08-00025 DAE BMK
McCraw v. United States of America
*STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL PARTIES AND CLAIMS*

3